# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Angela E. Noble**  
Court Administrator • Clerk of Court

101 S. U.S. Highway One, Room 1016  
Fort Pierce, Florida 34950  
(772) 467-2308

Date:   January 25, 2021

To:   United States District Court  
      Washington, District of Columbia

Re:   **USA -v- ANTHONY R. MARIOTTO**

Our Case # 21-004-SMM          SD/Florida  
Your Case # 1:21-MJ-00144      Washington, D.C.

CLERK'S NOTICE OF CRIMINAL REMOVAL TO OTHER DISTRICT

Pursuant to the Order of Removal entered by U.S. Magistrate Judge Shaniek M. Maynard on January 25, 2021 the above styled case is hereby transferred to your district. Please find enclosed the following documents:

- Copy of the docket sheet
- Transmittal letter
- Minute Order on Removal proceedings entered by Judge Maynard
- Waiver of Removal signed by Defendant and corresponding Order of Removal Along with $250,000 10% Cash Appearance Bond

***Clerk's Note: Court ordered Defendant to appear via video teleconference on Friday, January 29, 2021 at 1:00 p.m. before D.C. Magistrate Judge (Zoom instructions provided to Defendant)***

You may access our electronic case file and upload all other electronically filed documents via PACER by using your PACER (not CM/ECF) login and password. If you do not have a PACER login, please contact PACER Center. Please acknowledge receipt and return copy of transmittal letter.

Sincerely,

ANGELA E. NOBLE  
Court Administrator • Clerk of Court

*By:  Colette Griffin-Arnold, Deputy Clerk*

Date rec'd:_____

By:_____  
        Deputy Clerk

*"It is our honor and duty provide the support necessary to enable the Court as an institution to fulfill its constitutional, statutory and societal responsibilities for all who seek justice."*