UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. ___21-MJ-00004 SMM___

UNITED STATES OF AMERICA
Plaintiff,

vs

ANTHONY MARIOTTO _____/
Defendant

## MOTION FOR DISBURSEMENT OF BOND

Comes now the undersigned and respectfully states to this Honorable Court that the above named

defendant has complied with all conditions of the appearance bond in this case, and it is therefore

requested that the defendant's case bail heretofore posted by ___ANTHONY MARIOTTO___

in the amount of $ _25,000.00_____ plus any accrued interest be refunded to:

ANTHONY MARIOTTO

(Name of Payee. Do NOT include a Mailing address. A notarized assignment is requested if the payee is different from the person posting bond.)

(The above payee must complete an Internal Revenue Service Form W-9 or if the payee is a nonresident alien individual, they must complete a Form W-8, either of which may be obtained from the Clerk's Office Financial section or internet. The completed form should be provided to the Financial Section, but not filed in the Court file. Checks will be mailed to the address indicated on the completed form, unless directed in writing otherwise.)

EDWARD D. REAGAN ESQ.
(Petitioner or Attorney)

Consented to by: _____    _Michael D. Porter_

Assistant U.S. Attorney              PRINT NAME- Assistant U.S. Attorney

## ORDER

In consideration of the forgoing motion, it is thereupon

ORDERED that the Clerk of this Court forthwith make the above-mentioned disbursement.

DONE AND ORDERED at _____, Florida, this _____ day of

_____, 20_____ .

_____
UNITED STATES DISTRICT JUDGE

c:    U.S. Attorney
      Petitioner/Counsel of Record
      Financial Deputy Clerk (w/original W-8 or W-9)